UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYMARK FINANCIAL, INC., | No. C-13-4264 EMC |
| Plaintiff, | |
| v. | **ORDER RE REFERRAL NOTICE** |
| KEVIN SMITH, *et al.*, | |
| Defendants. | |

Defendant Rita Schoenborn has appealed this Court's disposition of the above-referenced case. *See* Docket No. 12 (notice of appeal). The Ninth Circuit has made a referral to the undersigned for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal or whether the appeal is frivolous or taken in bad faith.

The Court concludes that the appeal is frivolous, and therefore *in forma pauperis* status should not continue for the appeal. To the extent Ms. Schoenborn challenges this Court's conclusion that subject matter jurisdiction is lacking, 28 U.S.C. § 1447(d) prohibits appellate review. *See* 28 U.S.C. § 1447(d) (providing that "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise"); *Harmston v. City & County of San Francisco*, 627 F.3d 1273, 1277 (9th Cir. 2010) (explaining that a remand based on lack of subject matter jurisdiction is not appealable in light of § 1447(d)). While § 1447(d) allows for an appeal from a remand order where the removal was made pursuant to 28 U.S.C. § 1442 or 1443, Ms. Schoenborn's filings did not articulate any plausible basis for invocation of those statutes.

Accordingly, the Court revokes Ms. Schoenborn's *in forma pauperis* status.  **The Clerk of the Court is instructed to *immediately* notify the Ninth Circuit of this determination.**

IT IS SO ORDERED.

Dated: October 31, 2013

_____
EDWARD M. CHEN
United States District Judge

2